UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FILED '06 JAN 25 09:58 USDC-ORP

**SHERRYL LILLARD**

Plaintiff,

vs.

**COMMISSIONER of Social Security,**

Defendant.

CV # 05-0129-AS

ORDER FOR EAJA FEES

_____

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5192.39 shall be awarded pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412. This amount shall be awarded directly to attorney Linda Ziskin. Additionally, it is hereby Ordered that costs in the amount of $17.70 shall be awarded to attorney Ziskin pursuant to 28 U.S.C. § 1920.

DATED this _24_ day of January, 2006.

HON. DONALD ASHMANSKAS
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/_____
**LINDA ZISKIN,** OSB # 01106
(503) 889-0472
Attorney for Plaintiff

STIPULATION FOR EAJA FEES